M.J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARGARET FELIX,<br><br>　　　　Defendant. | NO. 3:03-cr-00121-JDR<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO SCHEDULE TELEPHONIC ARRAIGNMENT ON PETITION TO REVOKE** |

　　　　Comes now the defendant, Margaret Felix, and requests that the court schedule a telephonic arraignment regarding the petition to revoke her probation filed at Docket No. 39.

　　　　On June 12, 2006, the probation officer filed a petition to revoke Ms. Felix's probation. An arrest warrant was issued. Ms. Felix was arrested on June 26, 2006. Ms. Felix is currently being housed at the Yukon Kuskokwin Correctional Center awaiting transport to Anchorage to appear before this court.

　　　　The parties have discussed the issue of pre-trial release in this case. Both Probation Officer Eric Odegard and Assistant U.S. Attorney Bryan Schroder agree that Ms. Felix should be released to the Tundra Center, a half-way house in Bethel. Ms. Felix also

agrees with this proposal. Because Ms. Felix is currently incarcerated in Bethel, she requests that she be arraigned telephonically so that the court may consider the proposed release plan. This would not only save the government the cost of transportation, but would also allow Ms. Felix to be transported directly from the Correctional Center in Bethel to the Tundra Center without having to make a trip to Anchorage should the court accept the joint proposal.

DATED this 11th day of July 2006.
Respectfully submitted,

s/M.J. Haden
Assistant Federal Defender
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on July 11, 2006
a copy of the **Unopposed Motion on Shortened Time to Schedule Telephonic Arraignment on Petition to Revoke** was
served electronically on:

Richard L. Pomeroy , Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/M.J. Haden