UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:03-cr-00121-JDR |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION ON SHORTENED TIME TO SCHEDULE TELEPHONIC ARRAIGNMENT ON PETITION TO REVOKE** |
| MARGARET FELIX, | |
| Defendant. | |

After due consideration of Defendant's Unopposed Motion on Shortened Time to Schedule Telephonic Arraignment on Petition to Revoke, the court grants the motion. IT IS HEREBY ORDERED that a telephonic arraignment regarding the petition to revoke her probation filed at Docket No. 39 is scheduled for _____, 2006, at _____ ____.m.  Counsel for the defendant is to arrange the telephone call.

DATED this ____ day of _____ 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE