M.J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MARGARET FELIX,<br><br>               Defendant. | Case No. 3:03-cr-00121-JDR<br><br>**CONSENT TO PROCEED TELEPHONICALLY** |

      Margaret Felix, pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure, petitions the court to proceed with all proceedings in the above-captioned matter without the defendant's physical presence, but with her telephonic appearance. The defendant consents to the court proceeding without her physical presence and by her telephonic presence alone. Defendant currently resides in Bethel, Alaska.

                                              */s/ Margaret Felix*
                                             MARGARET FELIX, Defendant