```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  __MARGARET FELIX__  CASE NO. __3:03-CR-00121-JDR__
Defendant: _X_ Present Telephonically _X_ In Custody

BEFORE THE HONORABLE: _____PHILIP M. PALLENBERG_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: __TOM BRADLEY__

DEFENDANT'S ATTORNEY: _____M.J. HADEN, APPOINTED_____

U.S.P.O.: _____ERIC ODEGARD_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
             Held 07/31/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:05 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defense counsel; read.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant sworn and stated true name: _Margaret Odinzoff_.

_X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant **DENIED** allegations _1, 2, 3, 4, 5, & 6 of the Petition to Revoke Probation._

_X_ Status Conference Hearing; _Parties requested that a hearing be set for **November 1, 2006 at 9:30 a.m.** before Magistrate Judge Roberts._

_X_ OTHER: _Court and counsel heard re defendant's oral motion to release the defendant to the Tundra Center with conditions; GRANTED._

_X_ Copy of Order Setting Conditions of Release FILED (Original mailed to defendant for signature through M.J. Haden).

_X_ Release Order FILED.

At 2:21 p.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to U.S. Marshal's Service; one copy forwarded to docketing.

DATE: _____July 31, 2006_____   DEPUTY CLERK'S INITIALS: ____Ce____