IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:   UNITED STATES MARSHAL

RE:   UNITED STATES OF AMERICA VS. Margaret Felix

CASE NO: 3:03-CR-00121-JDR

---

Defendant Margaret Felix,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____ **Released to** _____, the third party custodian(s).

____ **Paid cash bail in the amount of** _____ to the Clerk of Court.

____ **Posted unsecured bond in the amount of** _____

____ **Posted bond secured by** ____ property or ____ surety in the amount of _____
with the Clerk of Court.

____ **Surrendered passport to the Clerk of Court.**

  X   **Other:** Release to Tundra Center

Dated at Anchorage, Alaska this 31 day of July, 2006

REDACTED SIGNATURE

Philip M. Pallenberg
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal