PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

RECEIVED
OCT 1 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Margaret FelixCase Number: A03-0121 CR (JDR)

Sentencing Judicial Officer:   John D. Roberts, U.S. Magistrate Judge

Date of Original Sentence:   November 14, 2003

Original Offense:   Theft of Public Money

Original Sentence:   3 years probation

Date Supervision will Commence:   November 14, 2003

### PETITIONING THE COURT

[ X ]   To extend the term of probation for __one__ years, for a total term of __four__ years.
[ ]   To modify the conditions of probation as follows:

### CAUSE

On November 14, 2003, the Court sentenced the captioned offender to three years probation and restitution of $3,282.19 following her sentence for Theft of Public Money. One of the conditions of the probation was that the offender was to apply for the Alaska Permanent Fund Dividend (APFD) every year she is eligible and to assign the dividend to the government for restitution purposes. The offender's APFD was applied for and assigned in 2004 and 2005, leaving a present restitution balance of $1,497.59. On January 24, 2006, the offender was sent an Assignment of Rights form for her 2006 APFD. That form was never executed or returned to the probation officer. The probation officer notified the U.S. Attorney's Office and planned to seize the 2006 APFD. On August 8, 2006, during a conversation with the probation officer advised that she had missed the deadline for applying for the 2006 APFD and therefore the government was not going to be able to seize it. The offender then agreed to a one-year extension of probation so that she could apply for and assign her 2007 APFD. Therefore, it is respectfully requested that the Court order the one-year extension of probation as agreed-to by the offender.

*Request for Modification of Conditions or Term*
*Name of Offender        :     Margaret Felix*
*Case Number             :     A03-0121 CR (JDR)*

                                                  Respectfully submitted,

                                                  Redacted Signature

                                                  Eric D. Odegard
                                                  U.S. Probation/Pretrial Services Officer
                                                  Date: August 29, 2006

---

**THE COURT ORDERS:**

[ ]   No Action
[✓]   The Extension of Supervision as Noted Above
[ ]   Other:

                                                  Redacted Signature

                                                  Terrance W. Hall
                                                  U.S. Magistrate Judge for
                                                  JOHN D. ROBERTS
                                                  U.S. Magistrate Judge

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Margaret Felix                                    Docket No. A03-0121 CR (JDR)

    I, Margaret Felix (married name Margaret Odinzoff) , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant's term of probation is extended for a period of one year for a total term of four years."

Signed: X *[signature]* Margaret (Felix) Odinzoff   Date: X 08-25-06
       Margaret Felix (aka Margaret Odinzoff)
       Probationer

Witness: X **Redacted Signature**   Date: X 8/25/06