```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  **MARGARET FELIX**          CASE NO. **3:03-CR-00121-JDR**
Defendant:  **X** Not Present   **X** On Bond

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:      BRYAN SCHRODER

DEFENDANT'S ATTORNEY:         M.J. HADEN

U.S.P.O.:                     ERIC ODEGARD

PROCEEDINGS: STATUS CONFERENCE ON PETITION TO REVOKE PROBATION
             Held 11/01/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

Court and counsel heard re defendant incarcerated in Bethel and re transport to Anchorage.

Court and counsel heard re Petition for Action on Conditions of Pretrial Release (Dkt 49).

At 9:38 a.m. court adjourned.

DATE:  November 1, 2006        DEPUTY CLERK'S INITIALS:    SCL