```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs   MARGARET FELIX          CASE NO. 3:03-CR-00121-JDR
Defendant: X Present    X In Custody

BEFORE THE HONORABLE      JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO

UNITED STATES ATTORNEY:      KAREN LOEFFLER

DEFENDANT'S ATTORNEY:        M.J. HADEN

U.S.P.O.:                    ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
             (DKT 49) HELD 11/03/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

 X Copy of Petition to Revoke Probation given to defendant.

 X Defendant advised of charges.

 X Defendant **DENIED** allegations 1, 2, 3, 4, 5, 6, of the Petition
   to Revoke Probation (Dkt 39).

 X Evidentiary Hearing set for **11/20/06 at 2:00 p.m.**

 X Defendant's detention continued.

 X OTHER:   Order of Detention Pending Trial **FILED**.

At 10:09 a.m. court adjourned.


DATE: November 3, 2006    DEPUTY CLERK'S INITIALS:      SCL

05/00