# United States District Court
for the
## DISTRICT OF ALASKA

RECEIVED
NOV 0 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case Number: A03-0121 CR (JDR) |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Margaret Felix ) | |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Margaret Felix and bring her forthwith to the nearest Magistrate Judge to answer a probation violation petition charging her with six violations of her term of probation.

**REDACTED SIGNATURE**

Terrance W. Hall
United States Magistrate Judge

13 June 2006
Date

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at: Toksook Bay, AK

Date Received: 6/14/06
Date of Arrest: 6/26/06
Name and title of arresting officer: AST Bowden
Signature of arresting officer: [signature]