✎ PS 10
(8/88)

# UNITED STATES DISTRICT COURT
## for
### District of Alaska

RECEIVED
NOV 0 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S.A.   v.   Margaret Felix      Docket      A03-0121 CR (JDR)

TO:[1]   United States Marshal

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | | SEX | RACE | AGE |
|---|---|---|---|---|
| Margaret Felix | | F | Ak Native | |
| ADDRESS (STREET, CITY, STATE) | | | | |
| Unknown (absconder) | | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) | | | | |
| U.S. District Court, District of Alaska | | | | |
| NAME OF ISSUING OFFICER | SIGNATURE OF ISSUING OFFICER | | DATE | |
| JOHN D. ROBERTS | REDACTED SIGNATURE | | 10-17-06 | |

### RETURN

| Warrant received and executed. | DATE RECEIVED 10/17/06 | DATE EXECUTED 10/31/06 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) USMS | | |
| NAME Bethel AST | (BY) [signature] | DATE 10/31/06 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____ ;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."