NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-00121-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTION OF COUNSEL** |
| vs. | ) | |
| | ) | |
| MARGARET FELIX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through Bryan Schroder, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

Bryan Schroder
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

RESPECTFULLY SUBMITTED on this 17th day of November, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: bryan schroder@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on November 17, 2006
a copy of the foregoing was served
on M. J. Haden by electronic notice

  s/Bryan Schroder