NELSON P. COHEN
United States Attorney

THOMAS C. BRADLEY
RICHARD L. POMEROY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  3:03-cr-00121-JDR |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE TO DISCONTINUE** |
| vs. ) | **ELECTRONIC SERVICE** |
| ) | |
| MARGARET FELIX, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW Plaintiff United States of America, by and through Nelson P.

Cohen, United States Attorney for the District of Alaska, and hereby requests the

Court no longer electronically serve pleadings in the above-captioned case on Thomas C. Bradley and Richard L. Pomeroy, Asst. U.S. Attorneys. Assistant U.S. Attorney Bryan Schroder, is the lead attorney in this matter.

RESPECTFULLY submitted this <u>17th</u> day of November, 2006, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

<u>s/ Thomas C. Bradley</u>
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2006
a copy of the foregoing NOTICE was served
electronically:

M.J. Haden
Staff Attorney
Federal Public Defender Agency
550 W. 7th Ave., #1600
Anchorage, AK  99501

s/ Thomas C. Bradley