M.J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>MARGARET FELIX,<br><br>               Defendant. | Case No. 3:03-cr-00121-JDR<br><br>**NOTICE OF DEFENDANT'S INTENT TO ADMIT ALLEGATIONS** |


Defendant, MARGARET FELIX, through counsel, hereby notifies this court of her intention to admit to the allegations contained in the petition to revoke probation filed at Docket No. 39 in the above-styled case. The parties have reached an agreement as to the disposition in this case. The agreed upon disposition is that Ms. Felix will serve four months of incarceration with no supervision to follow.

Thus, Ms. Felix asks that the court schedule a change of plea/disposition hearing for Monday, November 27, 2006, at 1:30 p.m., the time currently set for an evidentiary hearing in the above matter.

DATED this 17th day of November, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on November 17, 2006, a copy of the
foregoing document was served electronically on:

Bryan Schroder, Esq.

United States Probation/Pretrial Services

/s/ M. J. Haden