M.J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MARGARET FELIX,<br><br>　　　　　Defendant. | Case No. 3:03-cr-00121-JDR<br><br>**UNOPPOSED MOTION TO RESCHEDULE ADJUDICATION/ DISPOSITION HEARING**<br>(Filed on Shortened Time) |

　　　　　Defendant, MARGARET FELIX, through counsel, M. J. Haden, Assistant Federal Defender, moves this court on shortened time to reschedule the adjudication/ disposition hearing on the petition to revoke probation currently scheduled for Thursday, November 30, 2006, at 2:30 p.m.  This motion is necessary because undersigned counsel is scheduled to be in Fairbanks, Alaska, on Thursday, November 30, 2006, in the cases of United States v. Armstrong and United States v. Chapman.  Ms. Felix respectfully requests that the hearing be reset to allow undersigned counsel to appear in person.  Undersigned counsel is unavailable from December 7, 2006, through December 25, 2006.

This motion is unopposed by Assistant United States Attorney Bryan Schroder. Mr. Schroder is unavailable December 8, 2006.

DATED this 27th day of November, 2006.

Respectfully submitted,

/s/ M.J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on November 27, 2006,
a copy of foregoing, with attachments,
was served electronically on:

Bryan Schroder, Esq.

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/ M.J. Haden