UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MARGARET FELIX,<br><br>           Defendant. | Case No. 3:03-cr-00121-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion to reschedule adjudication/ disposition hearing, the court GRANTS the motion. The adjudication/disposition hearing in the above matter currently scheduled for Thursday, November 30, 2006, at 1:30 p.m., is hereby vacated. The hearing is reset for _____, 2006, at _____ a.m./p.m.

DATED this ____ day of _____ 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE