MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __MARGARET FELIX__   CASE NO. 3:03-CR-00121-JDR
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE:     JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:    SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:  BRYAN SCHRODER

DEFENDANT'S ATTORNEY:     M.J. HADEN

U.S.P.O.:                 ERIC ODEGARD

PROCEEDINGS: ADJUDICATION/DISPOSITION HEARING ON PETITION TO REVOKE PROBATION HELD 12/06/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:32 a.m. court convened.

_X_ Defendant **ADMITTED** allegations  1, 2, 3 of the Petition to Revoke Probation (Dkt 39).

_X_ FINAL DISPOSITION HEARING:

   _X_ Probation revoked.

_X_ Sentence imposed as stated in the judgment.

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ OTHER: Court and counsel heard re negotiated recommended disposition. Court and counsel heard re plaintiff's oral motion to dismiss without prejudice allegations 4, 5, 6 of the Petition to Revoke Probation (Dkt 39)**; GRANTED**.

At 10:54 a.m. court adjourned.


DATE:   December 6, 2006      DEPUTY CLERK'S INITIALS:   SCL