## UNITED STATES DISTRICT COURT
## District of Alaska

UNITED STATES OF AMERICA,

vs.

MARGARET FELIX.

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or
Supervised Release)
For Offenses Committed On or After
November 1, 1987
(Original Judgment filed 11/14/03)
Case Number: 3:03-CR-00121-01-JDR
M.J. Haden
_____
Defendant's Attorney

Defendant's probation officer filed a petition on ____06/13/2006____ accusing defendant of _6_ violations of the conditions of supervision provided in the original judgment.  Defendant ADMITTED allegations 1, 2, 3 of the Petition to Revoke Probation.  All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Consumed Alcohol | 02/10/06 | C |
| 2 | Special | Consumed Alcohol | 05/05/06 | C |
| 3 | Special | Consumed Alcohol | 06/07/06 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to  [_] modification or
[X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through __2__ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

December 6, 2007
_____
Date of Disposition Hearing

SIGNATURE REDACTED
_____
Signature of Judicial Officer
JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Dec. 8, 2006
_____
Date

AO245.REV

Defendant: MARGARET FELIX                    Amended Judgment--Page 2 of 2
Case No.: 3:03-CR-00121-01-JDR

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [_]   probation [X]    having been revoked,
the defendant is hereby committed to the custody of the United States
Bureau of Prisons to be imprisoned for a term of _4 months_____.


[_]   The court makes the following recommendations to the Bureau of
      Prisons:


[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this
      district,
                        a.m.
            [_]  at _____ p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the
      institution designated by the Bureau of Prisons,
            [_]  before 2 p.m. on _____.
            [_]  as notified by the United States Marshal.
            [_]  as notified by the probation office.

### RETURN

      I have executed this judgment as follows:

_____

_____

_____

_____

      Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.


                                    _____
                                         United States Marshal

                              By _____
                                         Deputy Marshal

AO245.REV