M.J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARGARET FELIX,<br>Defendant. | Case No. 3:03-cr-00121-JDR<br><br>**MOTION FOR ORDER FOR TRANSPORTATION FROM ANCHORAGE, ALASKA, TO BETHEL, ALASKA**<br>**(*Filed on Shortened Time*)** |

Defendant, Margaret Felix, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court for an order for transportation from Anchorage, Alaska, to her home in Bethel, Alaska, upon her release from custody.

On December 6, 2007, as a result of admission to a petition to revoke probation, Ms. Felix was sentenced to a four month period of incarceration. Due to the short duration of her sentence, Ms. Felix remained in Anchorage at the Hiland Mountain Correctional Center. In addition, because of her brief incarceration, Ms. Felix's release date and custody was handled by the United States Marshals Service.

Ms. Felix is scheduled to be released from custody on Sunday, January 14, 2007. Normally, the Bureau of Prisons would be responsible to providing her return

transportation to the place of her arrest or her residence pursuant to 18 U.S.C. § 3624(d).[1] However, because Ms. Felix's incarceration has remained the financial responsibility of the United States Marshals Service, the BOP is unaware of her pending release and will not be providing return transportation. This information is based on undersigned counsel's conversation with United States Marshal Duke Snyder.

Thus, Ms. Felix requests an order directing the United States Marshals Service to provide transportation from Anchorage to Bethel for the defendant upon her release from custody on January 14, 2007. This motion is based on the defendant's indigency, all files and records in this case, and such additional information as may be provided to the Court.

DATED this 11th day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

---

[1] 18 U.S.C. § 3624(d)(3) states that upon the release of a prisoner on the expiration of the prisoner's term of imprisonment, the Bureau fo Prisons shall furnish the prisoner with "transportation to the place of the prisoner's conviction, to the prisoner's bona fide residence within the United States, or to such other place within the United States as may be authorized by the Director."

Certification:

I certify that on January 11, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

and via facsimile on:

Eric D. Odegard, Probation Officer
(907) 271-3060

/s/ M. J. Haden

*United States V. Margaret Felix*
Case No. 3:03-cr-00121-JDR Page 3