UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARGARET FELIX,<br><br>    Defendant. | Case No. 3:03-cr-00121-JDR<br><br>**ORDER FOR TRANSPORTATION FROM ANCHORAGE, ALASKA, TO BETHEL, ALASKA** |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's Motion for Order for Transportation from Anchorage, Alaska, to Bethel, Alaska, the motion is GRANTED.

The United States Marshals Service is directed to provide transportation for defendant Margaret Felix (DOB 06/13/75) from Anchorage, Alaska, to Bethel, Alaska, following her release from custody on January 14, 2007.

DATED _____, 2007, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge