IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:03-CR-00121 (JDR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO RELEASE ATTACHED PFD** |
| MARGARET FELIX, | ) | **FUNDS** |
| | ) | |
| Defendant. | ) | |

   Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

   The attached funds, in the amount of $1,542.59, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0022-6855XX", as payment toward Defendant's criminal restitution.

   IT IS SO ORDERED.


DATED: <u>February 25, 2008</u>          <u>   /s/ John D. Roberts   </u>
                                         UNITED STATES MAGISTRATE JUDGE